ELLIOT ENOKI
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 7 2001

at _____ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR01-00446
HG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| v. ) | [21 U.S.C. § 841(a)(1)] |
| ) | |
| JOHN APUNA ) | |
| a/k/a "John the Hawaiian," ) | |
| ) | |
| Defendant. ) | |
| _____) | |

INDICTMENT

COUNT 1

The grand jury charges that:

On or about October 20, 2001, in the District of

Hawaii, the defendant, JOHN APUNA a/k/a "John the Hawaiian" did

knowingly and intentionally distribute and possess with intent to

distribute 5 grams or more of methamphetamine, its salts, isomers

and salts of its isomers, approximately 15.05 grams, a Schedule

II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)

COUNT 2

The grand jury charges that:

On or about October 26, 2001, in the District of Hawaii, the defendant JOHN APUNA, a/k/a "John the Hawaiian," did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 7.07 grams, a Schedule II controlled substance.

All in violation of 21 U.S.C. §841(a)(1)

Count 3

The grand jury charges that:

On or about October 26, 2001, in the District of Hawaii, the defendant JOHN APUNA, a/k/a "John the Hawaiian" did knowingly and

intentionally distribute a quantity of marijuana, approximately 560.90 grams, a Schedule I controlled substance.

      All in violation of 21 U.S.C. §841(a)(1).

      DATED: ___11/7/01___, at Honolulu, Hawaii.

               A TRUE BILL

              /s/ _____

              FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. John Apuna, et al.
Cr. No. _____
"Indictment"